IN THE UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | : | Case No. 20-50599 |
| OLLIN REDELL JOHNSON, | : | Chapter 13 |
| Debtor. | : | JUDGE NAMI KHORRAMI |

**NOTICE OF SUBSTITUTION OF CASE ATTORNEY**

Comes now Ollin Redell Johnson ("Debtor"), pursuant to *L.B.R. 2091-1(b)(1),* and hereby respectfully gives NOTICE to this Honorable Court, its Clerk, and all parties in interest that Christopher J. Spiroff, Esq. is hereby substituted as the Debtor's Case Attorney in this proceeding in the stead of Marshall D. Cohen.  Assent to this substitution by all concerned is memorialized below.

*/s/ Christopher J. Spiroff*
Christopher J. Spiroff  (0042247)
1180 South High Street
Columbus, Ohio 43206
614.224.2104
Fax:  614.224.2066
admin@spirofflaw.com
Substituting Case Attorney for Debtor


*/s/ Ollin Redell Johnson*
Ollin Redell Johnson, Debtor


*/s/ Marshall D. Cohen*
Marshall D. Cohen, Esq. (0044066)

CERTIFICATE OF SERVICE OF
NOTICE OF SUBSTITUTION OF CASE ATTORNEY

    The undersigned hereby certifies that a true and accurate copy of the foregoing Notice was served either through electronic means, or by regular, first-class, U.S. Mail, postage prepaid, as indicated below, upon the following parties at the addresses, and on the date, appearing below:

2/2/23                                      /s/ *Christopher J. Spiroff*

**served electronically this date**

Faye D. English, Standing Chapter 13 Trustee
Office of the U.S. Trustee

**served by regular, first-class, U.S. Mail**

Ollin Johnson, 608 S Detroit Street, Bellerontaine, OH 43311